# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**WOLFSPEED, INC.,**

**Plaintiff,**

**vs.**

**JAGUAR LAND ROVER LIMITED,**

**Defendant.**

Case No.  1:26-cv-00098-DAB-JGM

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Wolfspeed, Inc. ("Plaintiff"), by and through its attorneys and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice its Complaint filed on January 28, 2026.  Because Defendant Jaguar Land Rover Limited has not served an answer or moved for summary judgment, Plaintiff may dismiss the Complaint without a court order pursuant to Rule 41(a)(1)(A).  All parties shall pay their own costs, including attorneys' fees.

This the 25th day of June, 2026.

*/s/ Rebecca K. Lindahl*

**KATTEN MUCHIN ROSENMAN LLP**
615 South College Street, Suite 1700
Charlotte, NC 28202-4123
Rebecca K. Lindahl (N.C. Bar No. 35378)
(704) 344-3141
rebecca.lindahl@katten.com
Michaela C. Holcombe (N.C. Bar No. 50780)
(704) 344-3074
michaela.holcombe@katten.com

*Attorneys for Plaintiff Wolfspeed, Inc.*